No. 90–1734. MALONE v. GILMAN PAPER CO. C. A. 11th Cir. Certiorari denied.

No. 90–1756. WYANDOTTE TRIBE OF OKLAHOMA v. OKLAHOMA EX REL. OKLAHOMA TAX COMMISSION. C. A. 10th Cir. Certiorari denied.

No. 90–1767. FANNIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–6767. FIERER v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 90–6799. WAGNER v. SEELY ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–6959. LAYTON v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 90–7218. PAYNE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–7290. DUNN v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 90–7294. CIANCIOLA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–7358. FELLS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–7476. WASHINGTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 90–7578. SANTIAGO-RIVERA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–7596. ALEXANDER v. CONNECTICUT. C. A. 2d Cir. Certiorari denied.

No. 90–7635. JONES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–7762. SCHMIDT v. JENKINS ET AL. Dist. Ct. Salt Lake County, Utah. Certiorari denied.